
RECEIVED
IN MONROE, LA
OCT 9 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# MONROE DIVISION

| | |
|---|---|
| ROY LEE DUCHESNE | CIVIL ACTION NO. 06-0607 |
| VERSUS | JUDGE ROBERT G. JAMES |
| THE SHAW GROUP INC. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered [Doc. No. 47], no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant The Shaw Group Inc.'s Motion for Summary Judgment [Doc. No. 26] is GRANTED, and Plaintiff Roy Lee Duchesne's ("Duchesne") claims are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that Duchesne's motion for summary judgment [Doc. No. 42] is DENIED.

MONROE, LOUISIANA, this 9 day of October, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE